# Brown and Seelye

1700 Cooper Point Rd SW #C5
Olympia, Washington 98502
stopdebt@gmail.com
www.BrownandSeelye.com
O: 2533760383

# INVOICE

Issue Date  9/11/2020

## Bill To:

Stoker, Donaubrey & Stephanie

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review<br>10/16/2018<br>180 Day report | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review Proof of Claim<br>10/23/2018<br>Review Proof of Claim filed by creditor Merrick Bank | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Phone Call<br>1/26/2019<br>Phone Call with client re: house update | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Amended Plan: Prepare and File<br>2/4/2019<br>Draft and File Amended Plan; Schedule J and Motion to Modify Plan | Ellen Brown | $375.00 | 2.00 | $750.00 |
| Review Notice of Mortgage Changes<br>3/22/2019<br>Review Notice of Postpetition Mortgage Fees, Expenses, and Changes | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Email<br>4/1/2019<br>Email and Phone calls 4/1/2019 to 8/15/2019 re: student loans | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Phone Call<br>6/8/2019<br>Phone Call to and from client re: bankruptcy status | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Phone Call<br>6/8/2019<br>From and to client re: post petition debt | Ellen Brown | $375.00 | 0.30 | $112.50 |
| Email<br>6/10/2019<br>Email from and to Aldridge Pite for Rushmore mortgage company re: modification | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Phone Call<br>8/15/2019<br>Phone Call from clients re: loan modification; prepare letter for mortgage company and review hardship letter | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Phone Call<br>8/15/2019<br>Phone Call with Rushmore mortgage company | Ellen Brown | $375.00 | 0.50 | $187.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Phone Call<br>8/16/2019<br>Phone Call from client re: loan modification process | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Meeting with Clients<br>8/20/2019<br>re: modification and call to mortgage company with clients | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Amended Plan: Prepare and File<br>9/7/2019<br>Draft and File Amended Plan, Schedules I and J; Motion to Amend and/or Modify Plan | Ellen Brown | $375.00 | 2.00 | $750.00 |
| Email<br>9/13/2019<br>Obtain and review pay advices; emails to and from Trustee | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review Proof of Claim<br>9/26/2019<br>Review Proof of Claim filed by creditor Wilmington Savings Fund Society | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Review Proof of Claim<br>11/1/2019<br>Review Proof of Claim filed by creditor Navient Solutions (amended) | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Email<br>11/5/2019<br>Emails from 11/5/2019 to 11/7/2019 re: reduced work schedule and payments | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Email<br>11/13/2019<br>Email from client re: DSHS. Call to Mr. Meza at DSHS; call to client | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Review<br>11/20/2019<br>Review and Send new modification packet to Rushmore | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Phone Call<br>11/29/2019<br>Phone Call follow up on loan modification; call to client with additional documents needed | Ellen Brown | $375.00 | 0.30 | $112.50 |
| Meeting with Clients<br>12/18/2019<br>Review and send additional documents for loan modification; call to attorneys for Rushmore mortgage | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Email<br>3/23/2020<br>Email from and to client re: stimulus check | Ellen Brown | $375.00 | 0.30 | $112.50 |
| Review Notice of Mortgage Changes<br>3/30/2020<br>Review Notice of Postpetition Mortgage Fees, Expenses, and Changes | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Email<br>6/7/2020<br>Email from client re: correspondence from OneMain. | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review Notice of Mortgage Changes<br>7/9/2020<br>Review Notice of Postpetition Mortgage Fees, Expenses, and Changes | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Review Notice of Mortgage Changes<br>9/9/2020<br>Review Notice of Postpetition Mortgage Fees, Expenses, and Changes | Ellen Brown | $375.00 | 0.10 | $37.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Prepare and File<br>9/11/2020<br>Motion for Attorney Compensation | Ellen Brown | $375.00 | 1.00 | $375.00 |
| | | **Time Entries Total** | **16.10** | **$6,037.50** |

| | |
|---|---|
| Total (USD) | $6,037.50 |
| Paid | $0.00 |
| Balance | $6,037.50 |