# Brown and Seelye

1700 Cooper Point Rd SW #C5
Olympia, Washington 98502
stopdebt@gmail.com
www.BrownandSeelye.com
O: 2533760383

# INVOICE

| Issue Date | 9/11/2020 |

## Bill To:

Stoker, Donaubrey & Stephanie

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **First In Office Appointment**<br>3/10/2018<br>Evaluate client case; review all options with client; Do Means Test to ensure eligibility; check previous filing dates if applicable; review information provided by client | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Second Appointment**<br>3/12/2018<br>Complete client questionnaire; Review all documents provided by client; review pay advices; review bank statements; review bills with client | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Draft and Prepare Schedules**<br>3/17/2018 | Ellen Brown | $375.00 | 2.00 | $750.00 |
| **Phone Call**<br>3/28/2018<br>Phone Call with client regarding paystubs and items needed and information to complete drafts | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Phone Call**<br>4/9/2018<br>Phone Call from One Main Financial | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Appointment**<br>4/12/2018<br>Review Statements and Schedules and Plan with client; make any changes; go over bankruptcy information sheet and office disclosures; discuss mechanics of Chapter 13 and what happens now; discuss 341 meeting and documents (4002) needed for the court | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Finalize case & File with Court**<br>4/12/2018 | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Correspondence**<br>4/12/2018<br>Correspondence to Trustee re: water damage to home and clients living in hotel and status of remodeling and Plan provisions | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Amend Schedules**<br>4/13/2018<br>Amend Statements and Schedules Voluntary Petition | Ellen Brown | $375.00 | 0.50 | $187.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Prepare and File**<br>4/16/2018<br>Motion to Correct Spelling of Joint Debtor's Name | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Review Proof of Claim**<br>4/17/2018<br>Review Proof of Claim filed by creditor One Main Financial | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Proof of Claim**<br>4/17/2018<br>Review Proof of Claim filed by creditor Les Schwab Tire | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Proof of Claim**<br>4/18/2018<br>Review Proof of Claim filed by creditor One Main | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Proof of Claim**<br>4/19/2018<br>Review Proof of Claim filed by creditor IRS | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Proof of Claim**<br>4/24/2018<br>Review Proof of Claim filed by creditor Olympic Collections | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Phone Call**<br>4/25/2018<br>Phone Call to client re: Les Schwab c laim is secured | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Prepare and File**<br>4/26/2018<br>Amended Schedule B | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Meeting with Clients**<br>4/30/2018<br>Review property damage, photos and reports; review Objection to Plan | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Email**<br>4/30/2018<br>From and to Trustee re: Plan and house damage | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Prepare and File**<br>5/1/2018<br>Amendment to Scheudles A/B, C | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Review Proof of Claim**<br>5/8/2018<br>Review Proof of Claim filed by creditor Montgomery Ward | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review**<br>5/8/2018<br>Trustee question sheet and call to clients | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Amend Schedules**<br>5/8/2018<br>Amend Statements and Schedules A/B, C & CMI | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Attend Court**<br>5/10/2018<br>341 Meeting of Creditors | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Amended Plan: Prepare and File**<br>5/10/2018<br>Draft and File Amended Plan | Ellen Brown | $375.00 | 0.50 | $187.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review Proof of Claim**<br>5/11/2018<br>Review Proof of Claim filed by creditor NPRTO West | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review Proof of Claim**<br>5/21/2018<br>Review Proof of Claim filed by creditor Plain Green Loans | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Review**<br>5/30/2018<br>Objection to Plan and call to clients | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Prepare and File**<br>5/31/2018<br>Response to Objection to Plan | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Review Proof of Claim**<br>6/1/2018<br>Review Proof of Claim filed by creditor BECU | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Amend Schedules**<br>6/2/2018<br>Amend Statements and Schedules A/B, C | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Amend Schedules**<br>6/2/2018<br>Amend Statements and Schedules CMI | Ellen Brown | $375.00 | 0.30 | $112.50 |
| **Review Proof of Claim**<br>6/18/2018<br>Review Proof of Claim filed by multiple creditors | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Amended Plan: Prepare and File**<br>6/18/2018<br>Draft and File Amended Plan | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Review**<br>6/23/2018<br>Order Confirming Plan Docket #42 | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Discount**<br>9/11/2020<br>Courtesy Discount | | $3,062.50 | -1.00 | $-3,062.50 |
| **Time Entries Total** | | | **16.50** | **$3,500.00** |

| | |
|---|---|
| Total (USD) | $3,500.00 |
| Paid | $0.00 |
| **Balance** | **$3,500.00** |