Entered on Docket September 28, 2020

**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**Two issues: 1) Insufficient notice--only 20-days' notice was given and 21-days' notice is required under BR 2002(a)(6) and LBR 9013-1(d)(2)(F); 2) The requested compensation must only be the amount above the $3500 no-look fee the Court approved at confirmation and the billing narrative must still provide all time billings from the commencement of the case to ensure the no-look fee was earned.**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

DONAUBREY DEWAYNE STOKER

STEPHANIE DENISE PERKINS-STOKER

Debtor(s).

Case No. 18-41282-MJH

ORDER APPROVING ATTORNEY'S COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by _____Ellen Ann Brown_____ ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $__6037.50_____ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s)

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14

in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown

Ellen Ann Brown WSB 27992
Attorney for Debtor(s)
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958